**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

**David Andrew Coil**,

**Petitioner,** **Case No.:** 2:26-cv-03673-GMN-MDC

**v.** **ORDER**

**Deborah Borgas**,

**Respondent(s).**

Petitioner, David Andrew Coil, ID# 1189948, has initiated a habeas corpus case in this court. Petitioner is an inmate in the custody of the Nevada Department of Corrections (NDOC).

Effective December 8, 2025, NDOC inmates filing lawsuits in the U.S. District Court for the District of Nevada are directed to apply for *in forma pauperis* status using the form titled "Application to Proceed *In Forma Pauperis* by an Inmate in NDOC Custody."

☐ Petitioner has submitted an incomplete application to proceed *in forma pauperis* on an outdated form. The Clerk of the Court will send to Petitioner the approved form application to proceed *in forma pauperis* by an inmate in NDOC custody and instructions for the same.

Petitioner has until______________________ to pay the full filing fee of $5 or file a fully complete application to proceed *in forma pauperis*, which includes pages 1–3 of the court's approved form and is properly signed by Petitioner on page 3. Petitioner is cautioned that this action may be dismissed without prejudice if Petitioner fails to timely comply with this order.

☑ Petitioner has neither paid the full $5 filing fee for this case nor submitted a completed application to proceed *in forma pauperis* on this court's approved form. *See* 28 U.S.C. §§ 1914, 1915(a)(1)–(2); Nev. Loc. Special R. 1-2. The Clerk of the Court will send to Petitioner the approved form application to proceed *in forma pauperis* by an inmate in NDOC custody and instructions for the same.

Petitioner has until December 11, 2026 to pay the full $5 filing fee or file a fully complete application to proceed *in forma pauperis*, which includes pages 1–3 of the court's approved form and is properly signed by Petitioner on page 3. Petitioner is cautioned that this action may be dismissed without prejudice if Petitioner fails to timely comply with this order.

☐ Petitioner submitted an application to proceed *in forma pauperis* on this court's approved form but did not sign page 3 of the application. The Clerk of the Court will send to Petitioner the approved form application to proceed *in forma pauperis* by an inmate in

NDOC custody and instructions for the same.

Petitioner has until______________________ to pay the full $5 filing fee or file a fully complete application to proceed *in forma pauperis*, which includes pages 1–3 of the court's approved form and is properly signed by Petitioner on page 3. Petitioner is cautioned that this action may be dismissed without prejudice if Petitioner fails to timely comply with this order.

IT IS SO ORDERED.

DATED: November 13, 2026

Gloria M. Navarro, Judge
United States District Court